UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MELISSA AGWATA,**

   Plaintiff,

v.                                                                             No. 4:23-cv-00586-P

**TARRANT COUNTY HOSPITAL DISTRICT
D/B/A JPS HEALTH NETWORK,**

   Defendant.

## ORDER

This case was filed on the 9th day of June 2023. *See* ECF No. 1. The record reflects that Plaintiff has not effectuated service on the Defendant in this matter. The Federal Rules of Civil Procedure provide that service must be effectuated within ninety days of filing the complaint. *See* Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **15th day of September 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE