UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MELISSA AGWATA,**

   Plaintiff,

v.                                 **No. 4:23-cv-00586-P**

**TARRANT COUNTY HOSPITAL DISTRICT
D/B/A JPS HEALTH NETWORK,**

   Defendant.

## FINAL JUDGMENT

   Pursuant to this Court's Order of Dismissal issued this day (ECF No. 4) and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUGED, and DECREED** that this civil action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

   **SO ORDERED** on this **15th day** of **September 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE