IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MELISSA AGWATA,<br>Plaintiff,<br><br>vs.<br><br>TARRANT COUNTY HOSPITAL<br>DISTRICT D/B/A JPS HEALTH<br>NETWORK,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23-cv-586-P |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

Having considered the Joint Motion to Dismiss with Prejudice, the Court makes and delivers the following ruling:

IT IS **ORDERED** that all matters in controversy between Plaintiff Melissa Agwata and Defendant Tarrant County Hospital District d/b/a JPS Health Network in this captioned lawsuit are in all respects **DISMISSED with prejudice** to the refiling of same with no right of appeal. Each party shall be responsible for their own legal expenses, costs and attorneys' fees in the lawsuit.

**SO ORDERED this 14th day of August 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE

63555761.v1-OGLETREE